UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED OMAR AHMED ALAMODI,<br><br>Plaintiff,<br><br>v.<br><br>UR M. JADDOU, et al.,<br><br>Defendants. | Case No. 4:24-cv-07285-KAW<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. No. 12 |

On April 11, 2025, Defendants filed a motion for summary judgment. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was April 25, 2025.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before **May 13, 2025**, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendants may file a reply on or before May 20, 2025.

IT IS SO ORDERED.

Dated: May 6, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge